AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| MacroSolve, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 6:12-CV-91 |
| AOL Inc. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AOL Inc.
SERVE: Corporation Service Company dba CSC - Lawyers Incorporating Service Company
Registered Agent for Process for AOL Inc.
211 E. 7th Street, Ste. 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: MacroSolve, Inc.
c/o Antonelli, Harrington & Thompson LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/27/12



Signature of Clerk or Deputy Clerk

AFFIDAVIT ATTACHED

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-91

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __AOL, Inc.__
was received by me on *(date)* __2-28-2012__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:

AFFIDAVIT ATTACHED

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

AFFIDAVIT ATTACHED

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

Came to hand on the 28th day of February, 2012, at 8:00 o'clock am.
Cause No. 6:12-CV-91

Executed at 211 E. 7th Street, Suite 620 Austin, Texas 78701 within the County of Travis at 1:45 o'clock pm on the 28th day of February, 2012, by delivering to the within named:

AOL, INC.,
by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to its designated agent, KELLY COURTNEY, in person, a true copy of this Summons in a Civil Action together with Original Complaint for Patent Infringement, having first endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $65.00

| MACROSOLVE, INC.<br><br>Plaintiff<br><br>V.<br>AOL, INC.<br><br>Defendant | By: _____ Exp 7-31-14<br>Jeff Keyton, ID# SCH-0735<br>(Authorized Person)<br><br>THOMAS PROCESS<br>809 Rio Grande Street<br>Suite 103<br>Austin, Texas 78701<br>(512) 320-8330 |
|---|---|

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **Jeff Keyton,** , known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
Given under my hand and seal of office this 29th day of February, A.D., 2012.

_____
NOTARY PUBLIC, STATE OF TEXAS

58955/MacroSolve